## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SYED RIZVI, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-3362 |
| | § | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendants filed an unopposed motion for continuance of the motion hearing, (Docket Entry No. 32 ). The motion is granted. The motion hearing is reset to **December 12, 2013, at 4:00 p.m.**

SIGNED on November 12, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge