IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SYED RIZVI, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-3362 |
| | § | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Based on the memorandum and opinion issued on this date, and the court's prior rulings dismissing certain claims and parties with prejudice, the court dismisses the remaining claims with prejudice.

This is a final judgment.

SIGNED on August 4, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge